

DIRECT DIAL NUMBER:  
(215) 575-7290

Jerry R. DeSiderato  
jdesiderato@dilworthlaw.com

February 17, 2023

**VIA E-MAIL AND ECF**
The Honorable Wendy Beetlestone
United States District Court
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797
chambers_of_judge_beetlestone@paed.uscourts.gov

      RE:    **THE SCHOOL DISTRICT OF PHILADELPHIA v. THE CITY OF PHILADELPHIA, et al. (2:23-CV-00238-WB)**
            **Status of Joint Rule 26(f) Report**

Dear Judge Beetlestone,

      My firm represents Defendants, The City of Philadelphia, The Philadelphia Department of Public Health, and Managing Director Tumar Alexander, in the above-referenced matter. With the consent of Plaintiff, The School District of Philadelphia, I write concerning the Court's Notice of Preliminary Pretrial Conference (Doc. 10), which requires the parties to conduct their Rule 26(f) meeting and submit their Joint Report of Rule 26(f) Meeting and Proposed Discovery Plan by Wednesday, February 22, 2023.

      The parties and their counsel have communicated with one another and, due to the upcoming holiday and other scheduling conflicts, the parties are unable to conduct their Rule 26(f) meeting until Thursday, February 23, at 12:00 pm. Consequently, we respectfully request that the Court permit the parties to conduct their Rule 26(f) meeting and submit their Joint Report by no later than Friday, February 24 at 3:00 pm, while still proceeding with the Rule 16 Conference on March 1, 2023.

1500 Market Street • Suite 3500E • Philadelphia, PA 19102-2101 • 215-575-7000 • Fax: 215-575-7200
www.dilworthlaw.com • Cherry Hill, NJ • Harrisburg, PA • Princeton, NJ • Wilmington, DE • New York, NY

123131797-1

The Honorable Wendy Beetlestone
February 17, 2023
Page 2

       Thank you kindly for Your Honor's consideration of this request.

                                       Respectfully Yours,

                                       Jerry R. DeSiderato

cc:     Shoshana (Suzanne Ilene) Schiller (via e-mail)

123131797-1