IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE SCHOOL DISTRICT OF PHILADELPHIA,<br>               Plaintiff,<br><br>v.<br><br>THE CITY OF PHILADELPHIA, THE CITY OF PHILADELPHIA DEPARTMENT OF PUBLIC HEALTH AND MANAGING DIRECTOR TUMAR ALEXANDER,<br>               Defendants. | CIVIL ACTION<br><br><br>NO. 23-0238 |

**O R D E R**

**AND NOW**, this 21st day of February, 2023, upon consideration of the parties joint request to amend the court's scheduling order, the motion is **HEREBY GRANTED**. The Court will permit the parties to conduct their Rule 26(f) meeting and submit their Joint Report no later than Friday, February 24 by 3:00 pm, while still proceeding with the Rule 16 Conference on March 1, 2023.

BY THE COURT:


*/s/ Wendy Beetlestone*
**WENDY BEETLESTONE, J.**