# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE SCHOOL DISTRICT OF PHILADELPHIA,**<br>      Plaintiff,<br><br>   v.<br><br>**THE CITY OF PHILADELPHIA, THE CITY OF PHILADELPHIA DEPARTMENT OF PUBLIC HEALTH AND MANAGING DIRECTOR TUMAR ALEXANDER,**<br>      Defendants. | CIVIL ACTION<br><br><br><br>NO. 23-0238 |

## SCHEDULING ORDER

**AND NOW**, this 1st day of March, 2023, following a Preliminary Pretrial Conference, **IT IS ORDERED** as follows:

1. Discovery is stayed until after a decision is made in respect to any motion(s) to dismiss.

2. Any motion to dismiss shall be filed no later than **March 15, 2023**.

BY THE COURT:

/S/Wendy Beetlestone, J.

**WENDY BEETLESTONE, J.**