# EXHIBIT A

# City of Philadelphia



(Bill No. 210685-AA)

## AN ORDINANCE

Amending Subcode "A" (The Philadelphia Administrative Code) of Title 4 (The Philadelphia Building Construction and Occupancy Code) of The Philadelphia Code, by amending Section A-703, entitled "Special Certificate of Inspection," to enhance building safety requirements for educational occupancies, all under certain terms and conditions.

*THE COUNCIL OF THE CITY OF PHILADELPHIA HEREBY ORDAINS:*

SECTION 1. Section A-703 of Subcode "A" of Title 4 of The Philadelphia Code is hereby amended to read as follows:

SECTION A-703 SPECIAL CERTIFICATE OF INSPECTION

A-703.1 Special occupancy requirement for structures in Group E occupancy: No structure in Group E occupancy, the Educational occupancy, as defined in Subcode "B" of Title 4 owned or operated by an entity to which the City provides substantial funding, shall be occupied unless a current special certificate of inspection has been issued in connection with such structure.

\* \* \*

A-703.2 Issuance of special certificates of inspection: Special certificates of inspection shall be issued on the following basis:

\* \* \*

4. The Department shall not issue a special certificate of inspection unless the building has been inspected for fire, safety, electrical, lead paint, water quality, *asbestos,* and all other property-related hazards and:

\* \* \*

*E. the Health Department or a testing agency certified by the Pennsylvania Department of Labor and Industry has certified, within the previous three years and four months, that the building is in substantial compliance with the best practices for testing, remediation, abatement, cleaning, and management of asbestos, and other property-related hazards not otherwise regulated in this Section as identified by the Managing Director no less than six months prior to the issuance of the special certificate of inspection.*

*(.1) The owner of the educational occupancy shall post the results of the testing required by this Section at each particular educational occupancy to a generally available website within ten days of receipt of the results.*

*F. The Managing Director shall identify any additional property-related hazards as well as best practices regarding the identification and remediation of all property-related hazards after considering the recommendations of the Facility Safety and Improvement Advisory Group, which shall consist of the following appointments by the Mayor:*

*(.1) One representative of the School District of Philadelphia;*

*(.2) One representative of the Philadelphia Federation of Teachers;*

*(.3) One representative of the Service Employees International Union Local 32BJ;*

*(.4) One representative of the Commonwealth Association of School Administrators Local 502;*

*(.5) One parent-representative of Philadelphia Home & Schools Council;*

*(.6) One parent-representative of Philadelphia School Advisory Councils;*

*(.7) One parent who advocates on environmental justice, health, construction, or related matters;*

*(.8) One expert on environmental testing and abatement who is unaffiliated with the School District of Philadelphia;*

*(.9) One representative of Laborers District Council of the Metropolitan Area of Philadelphia and Vicinity;*

*(.10) One representative of International Association of Heat and Frost Insulators and Allied Workers Local 14;*

*(.11) One representative of the Philadelphia Building & Construction Trades Council;*

*(.12) One representative of the Council of the City of Philadelphia; and*

*(.13) No fewer than one and not more than three students of Philadelphia schools, who may serve in a non-voting capacity.*

SECTION 2. This Ordinance shall be effective with respect to special certificates of inspection required for occupancy for one-third of School District of Philadelphia-funded schools on and after August 1, 2023; one-third of such schools on and after August 1, 2024; and the remaining third of such schools on and after August 1, 2025. The specific schools with respect to which such certificates are required by such deadlines shall be determined by the Managing Director, in consultation with the School District, and a listing of all such schools, and the deadline for the applicable certificate for each school, shall be filed with the Chief Clerk of Council by August 1, 2022.

CERTIFICATION: This is a true and correct copy of the original Bill, Passed by the City Council on May 19, 2022. The Bill was Signed by the Mayor on June 1, 2022.

*[signature: Michael A. Decker]*

Michael A. Decker
Chief Clerk of the City Council