## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE SCHOOL DISTRICT OF PHILADELPHIA,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 23-0238 |
| **THE CITY OF PHILADELPHIA, THE CITY OF PHILADELPHIA DEPARTMENT OF PUBLIC HEALTH AND MANAGING DIRECTOR TUMAR ALEXANDER,** | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this _____ day of _____, 2023, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint, any response in opposition, and the oral arguments of the parties, if any, it is hereby **ORDERED** that Defendant's Motion to Dismiss the Complaint is **GRANTED**. All claims by the Plaintiff against the Defendants are **DISMISSED WITH PREJUDICE**.

**AND IT IS SO ORDERED**.

_____
, J.