# CERTIFICATE OF SERVICE

I, Timothy J. Ford, hereby certify that on March 14, 2023 a true and correct copy of the foregoing Motion to Dismiss, Memorandum of Law, and Proposed Order were served via the Court's electronic filing system, as follows:

Suzanne Ilene Schiller, Esquire
Garrett D. Trego, Esquire
Danielle Bagwell, Esquire
Manko Gold Katcher & Fox LLP
Three Bala Plaza East, Suite 700
Bala Cynwyd, PA 19004
*Attorneys for Plaintiff, the School District of Philadelphia*

Respectfully submitted,

DILWORTH PAXSON LLP

Date: March 14, 2023

By: */s/ Timothy J. Ford*
Jerry R. DeSiderato
PA Id. No. 201097
Timothy J. Ford
Pa. Id. No. 325290
Danielle M. Karcich
Pa. Id. No. 312049
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Phone: (215) 575-7000
Fax: (215) 575-7200
jdesiderato@dilworthlaw.com
tford@dilworthlaw.com
dkarcich@dilworthlaw.com

CITY OF PHILADELPHIA
LAW DEPARTMENT

*/s/ Renee M. Garcia*
Renee M. Garcia
Chair, Litigation
Pa. Id. No. 315622
Benjamin H. Field
Chief Deputy City Solicitor
Pa. Id. No. 204569
Ryan B. Smith

Assistant City Solicitor
Pa. Id. No. 324643
One Parkway Building, 15th Floor
1515 Arch Street
Philadelphia, PA 19102
Tel. 215.683.5038
Fax 215.683.5299
Renee.Garcia@phila.gov
Benjamin.Field@phila.gov
Ryan.Smith@phila.gov

*Counsel for Defendants The City of Philadelphia, The City of Philadelphia Department of Public Health and Managing Director Tumar Alexander*