UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE SCHOOL OF PHILADELPHIA,<br>   *Plaintiff,*<br><br>v.<br><br>THE CITY OF PHILADELPHIA,<br>CITY OF PHILADELPHIA DEPARTMENT OF PUBLIC HEALTH,<br>MANAGING DIRECTOR TUMAR ALEXANDER,<br>   *Defendants*. | Civil Action<br><br>No. 23-0238-WB |

**MOTION TO INTERVENE OF LIFT EVERY VOICE PHILLY, PENNENVIRONMENT, LAURIE MAZER, AMARA ROCKAR, AND SONIA ROSEN**

  Lift Every Voice Philly, PennEnvironment, Laurie Mazer, Amara Rockar, and Sonia Rosen by and through their undersigned counsel, hereby move pursuant to Federal Rules of Civil Procedure 24(a) and 24(b) to intervene in this matter for the reasons set forth in their Memorandum of Law in Support, which is incorporated herein by reference.[1]

Date:  March 16, 2023

                   Respectfully submitted,

                   By:  */s/ Daniel Urevick-Ackelsberg*
                   Daniel Urevick-Ackelsberg (Bar No. 307758)
                   Sarah Kang (Bar No. 207432)
                   Caroline Ramsey (Bar No. 329160)
                   PUBLIC INTEREST LAW CENTER
                   2 Penn Center
                   1500 JFK Blvd., Suite 802
                   Philadelphia, PA 19102
                   Telephone:  (215) 627-7100
                   *Attorneys for Proposed Intervenors*

---

[1] Intervenors' counsel sought consent from the parties regarding the motion. Intervenors' counsel represents that the City of Philadelphia does not oppose intervention, while the School District of Philadelphia does not consent to intervention.

# CERTIFICATE OF SERVICE

I, Daniel Urevick-Ackelsberg, hereby certify that on March 16, 2023 a true and correct copy of the foregoing Motion to Intervene, Memorandum of Law and Exhibits, and Proposed Order were served via the Court's electronic filing system, as follows:

Suzanne Ilene Schiller, Esquire
Garrett D. Trego, Esquire
Danielle Bagwell, Esquire
Manko Gold Katcher & Fox LLP
Three Bala Plaza East, Suite 700
Bala Cynwyd, PA 19004
*Attorneys for Plaintiff*

Jerry R. DeSiderato
Timothy J. Ford
Danielle M. Karcich
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102

Renee M. Garcia
Benjamin H. Field
Ryan B. Smith
City of Philadelphia Law Department
One Parkway Building, 15th Floor
1515 Arch Street
Philadelphia, PA 19102
*Attorneys for Defendants*

By: */s/ Daniel Urevick-Ackelsberg*
Daniel Urevick-Ackelsberg (Bar No. 307758)
Sarah Kang (Bar No. 207432)
Caroline Ramsey (Bar No. 329160)
PUBLIC INTEREST LAW CENTER
2 Penn Center
1500 JFK Blvd., Suite 802
Philadelphia, PA 19102
Telephone: (215) 627-7100