UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE SCHOOL OF PHILADELPHIA,<br>      *Plaintiff,*<br><br> v.<br><br>THE CITY OF PHILADELPHIA,<br>CITY OF PHILADELPHIA DEPARTMENT OF PUBLIC HEALTH,<br>MANAGING DIRECTOR TUMAR ALEXANDER,<br>      *Defendants*. | Civil Action<br><br>No. 23-0238-WB |

**[PROPOSED] ORDER**

**AND NOW**, this _____ day of _____ , 2023, upon consideration of Proposed Intervenors' Motion Intervene, any response in opposition, if any, it is hereby **ORDERED** that the Motion is **GRANTED**.

The Clerk of Court shall **DOCKET** Exhibit F to the Motion to Intervene as Intervenors' Answer to Plaintiff's Complaint.

 

_____
HON. WENDY BEETLESTONE, J.