# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE SCHOOL DISTRICT OF PHILADELPHIA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | CIVIL ACTION NO. 23-0238-WB ) ) |
| THE CITY OF PHILADELPHIA, THE CITY OF PHILADELPHIA DEPARTMENT OF PUBLIC HEALTH, MANAGING DIRECTOR TUMAR ALEXANDER, | ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER GRANTING EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS FIRST AMENDED COMPLAINT

Pursuant to the unopposed request of Plaintiff the School District of Philadelphia, the Court hereby grants Plaintiff an extension of time to respond to Defendants' Motion to Dismiss First Amended Complaint to and including August 23, 2023.

**IT IS SO ORDERED.**

BY THE COURT:

/s/Wendy Beetlstone, J.

_____
Wendy Beetlestone, J.

Date: 5/15/23

2654516_2