**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THE SCHOOL DISTRICT OF PHILADELPHIA | : | CIVIL ACTION |
| v. | : | |
| THE CITY OF PHILADELHIA, et al | : | NO. 23-238 |

## NOTICE OF STATUS CONFERENCE

Please be advised that a status conference in the above matter has been ordered by Judge Beetlestone in Courtroom 10A, on Wednesday, August 2, 2023 at 10:00 a.m.

For the Court,

A'iShah L. El-Shabazz
for the Deputy Clerk to Judge Beetlestone