IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE SCHOOL DISTRICT OF PHILADELPHIA,** <br>              **Plaintiff,** <br><br> v. <br><br> **THE CITY OF PHILADELPHIA, MANAGING DIRECTOR TUMAR ALEXANDER,** <br>              **Defendants.** | **CIVIL ACTION** <br><br><br><br><br> **NO. 23-0238** |

# ORDER

**AND NOW**, this 1st day of August, 2023, upon consideration of Proposed Defendant-Intervenors' Motion to Intervene (ECF Nos. 23, 30), and the Plaintiff's response thereto (ECF Nos. 26, 34), **IT IS HEREBY ORDERED** that the Proposed Defendant-Intervenors' Motion is **DENIED**.

                                                    BY THE COURT:

                                                    /s/Wendy Beetlestone, J.

                                                    _____
                                                    WENDY BEETLESTONE, J.