IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE SCHOOL DISTRICT OF PHILADELPHIA<br><br>*Plaintiff,*<br><br>v.<br><br>THE CITY OF PHILADELPHIA, THE CITY OF PHILADELPHIA DEPARTMENT OF PUBLIC HEALTH, MANAGING DIRECTOR TUMAR ALEXANDER<br>*Defendants.* | : : : : : : : : : : : : : : CIVIL ACTION NO. 23-0238-WB |

**STIPULATION OF DISMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Plaintiff The School District of Philadelphia and Defendants The City of Philadelphia and Tumar Alexander, in his capacity as Managing Director, hereby stipulate to the Dismissal of the First Amended Complaint in its entirety, without prejudice, with each party to bear its own costs.

*[signature]*
Suzanne Ilene (Shoshana) Schiller (No. 68206)
Garrett D. Trego (No. 314496)
Danielle N. Bagwell (No. 309387)
MANKO GOLD KATCHER & FOX LLP
Three Bala Plaza East, Suite 700
Bala Cynwyd, PA 19004
sschiller@mankogold.com
gtrego@mankogold.com
dbagwell@mankogold.com
Phone: (484) 430-5700
Facsimile: (484) 430-5711

*Counsel for Plaintiff,*
*The School District of Philadelphia*

1

2687254_1

_____
Renee M. Garcia (No. 315622)
Chair, Litigation
Benjamin H. Field (No. 204569)
Chief Deputy City Solicitor
Ryan B. Smith (No. 324643)
Assistant City Solicitor
CITY OF PHILADELPHIA LAW DEPARTMENT
One Parkway Building, 15th Floor
1515 Arch Street
Philadelphia, PA 19102
Renee.Garcia@phila.gov
Benjamin.Field@phila.gov
Ryan.Smith@phila.gov
Phone: (215) 683-5038
Fax: (215) 683-5299


_____
Jerry R. DeSiderato (No. 201097)
Timothy J. Ford (No. 325290)
Danielle M. Karcich (No. 312049)
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
jdesiderato@dilworthlaw.com
tford@dilworthlaw.com
dkarcich@dilworthlaw.com
Phone: (215) 575-7000
Fax: (215) 575-7200


*Counsel for Defendants,*
*the City of Philadelphia and Managing Director*
*Tumar Alexander*